FILED

JAN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WAGNER CONSTRUCTION, JV,<br>Defendant. | Criminal Case No. '07 CR 3443 IEG<br>INFORMATION<br>33 U.S.C. §§ 1311, 1342 and 1319(c)(1)(A)- Unlawful Discharge of Pollutants<br>18 U.S.C. Sec. 2 - Aiding and Abetting |

The United States Attorney charges that:

Count 1

On or about March 31, 2005, within the Southern District of California, defendant WAGNER CONSTRUCTION JV, did negligently cause the discharge of a pollutant, to wit: Plasti-Kote containing toluene, from a point source, that is, a 55 gallon drum, into the navigable waters of the United States, to wit: Slaughterhouse Canyon Creek, without a permit, a misdemeanor, in violation of 33 U.S.C. §§ 1319(c)(1)(A), 1311 and 1342, and 18 U.S.C. §2.

DATED: December 20th, 2007.

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney