FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3443 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. WAGNER CONSTRUCTION, JV, Defendant. | Criminal Case No. ________ <br> NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States v. Guillermo Garcia and Ivan Garcia Oliver, Criminal Case No. 07-CR-3192-IEG.

DATED: December 20th, 2007.

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney