CHARLES G. LA BELLA (SBN 183448)
TERESA M. GILLIS (SBN 211056)
LA BELLA & MCNAMARA LLP
401 West "A" Street, Suite 1150
San Diego, California 92101
Tel: (619) 696-9200
Fax: (619) 696-9269

Attorneys for Defendant
Wagner Construction, J.V.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAGNER CONSTRUCTION, J.V.,<br><br>Defendant. | Case No.: 07CR3443 IEG (CAB)<br><br>**JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Current Sentencing Date: February 26, 2008<br>Proposed Sentencing Date: March 25, 2008 |

The undersigneds hereby STIPULATE AND AGREE AS FOLLOWS:

1. The Sentencing Hearing for Wagner Construction, J.V. ("Defendant") is currently scheduled for February 28, 2008 at 9:30 a.m. before the Honorable Judge Cathy Ann Bencivengo.

3. Defendant requests a 28-day continuance in order to continue working with the United States Environmental Protection Agency ("EPA") to resolve issues germane to the sentencing in this matter. I have been and will be in contact with representatives from EPA to resolve these issues and expect that a 28-day continuance will provide sufficient time to accomplish this.

4. We have consulted with the Assistant United States Attorney, Melanie Pierson, in charge of this matter, and she has informed me that the United States Attorney's Office has no objections to a 28-day continuance.

5. The parties respectfully request that the Court continue Defendant's Sentencing to March 25, 2008 at 9:30 a.m. or a date thereafter consistent with the Court's schedule and convenience.

Dated: February 19, 2008

LA BELLA & MCNAMARA, LLP
Charles G. La Bella
Thomas W. McNamara

By: /s/ **Charles G. La Bella**
Charles G. La Bella
Attorneys for Defendant Wagner Construction, J.V.
Email: clabella@labellamcnamara.com

Dated: February 19, 2008

UNITED STATES ATTORNEY'SOFFICE
Melanie Pierson

By: **/s/ Melanie Pierson**
Melanie Pierson
Assistant United States Attorney
Email: Melanie.Pierson@usdoj.gov