CHARLES G. LA BELLA (SBN 183448)
TERESA M. GILLIS (SBN 211056)
LA BELLA & MCNAMARA LLP
401 West "A" Street, Suite 1150
San Diego, California 92101
Tel: (619) 696-9200
Fax: (619) 696-9269

Attorneys for Defendant
Wagner Construction J.V.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAGNER CONSTRUCTION J.V.,<br><br>Defendant. | Case No.: 07CR3443<br><br>**DECLARATION OF CHARLES G. LA BELLA IN SUPPORT OF JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Current Sentencing Date: February 26, 2008<br>Proposed Sentencing Date: March 25, 2008 |

I, Charles La Bella, declare as follows:

1. I am a partner with the law firm of La Bella & McNamara, LLP, counsel of record for Defendant Wagner Construction, J.V. ("Defendant") in the above-captioned proceeding. I make this declaration in support of a joint motion to continue Defendant's Sentencing to March 25, 2008 at 9:30 a.m. or a time thereafter consistent with the Court's calendar and convenience. I have personal knowledge of the facts contained herein.

2. Defendant's Sentencing Hearing is currently scheduled for February 26, 2008 at 9:30 a.m. before the Honorable Cathy Ann Bencivengo.

3. At the time the plea was entered, I alerted the Court to the fact that before sentencing, Wagner Construction, J.V. would attempt to resolve certain collateral

consequences that will flow from the entry of this plea with the United States Environmental Protection Agency ("EPA"). Since the entry of the plea I have been in contact with EPA representatives on several occasions and have made substantial progress in these efforts. I anticipate that it will require at least another 28 days to fully resolve these issues. For that reason, Wagner Construction, J.V., is requesting this continuance.

4. I have spoken to Melanie Pierson, the Assistant United States Attorney in charge of this matter, and she has consented to the requested continuance.

Dated: February 19, 2008

LA BELLA & MCNAMARA, LLP
Charles G. La Bella
Teresa M. Gillis

By: /s/ **Charles G. La Bella**
Charles G. La Bella
Attorney for Defendant Wagner Construction, J.V.
Email: clabella@labellamcnamara.com