CHARLES G. LA BELLA (SBN 183448)
LA BELLA & MCNAMARA LLP
401 West "A" Street, Suite 1150
San Diego, California 92101
Tel: (619) 696-9200
Fax: (619) 696-9269

Attorneys for Defendant
Wagner Construction, J.V.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>WAGNER CONSTRUCTION, J.V.<br>Defendants. | Case No.: 07CR3443<br>**PROOF OF SERVICE** |

I, Virginia D. Norling, declare as follows:

I am an employee of a member of the bar of this Court at whose direction the service was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: 401 West "A" Street, Suite 1150, San Diego, California 92101.

On February 19, 2008 I served the following document(s) described as:

**JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING**

**DECLARATION OF CHARLES G. LA BELLA IN SUPPORT OF JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING**

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING**

__X___ **EMAIL / ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated below.\

Melanie Pierson
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 557-5685
Fax: (619)-557-7055

_____ **MAIL** to non-ECF participants by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California addressed as indicated below. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

_____ **FACSIMILE** by causing such document to be transmitted by facsimile machine to the office(s) of the parties indicated herein. The facsimile machine used complied with Rule 2003 and no error was reported by the machine.

_____ **OVERNITE EXPRESS / FEDERAL EXPRESS** by causing a true copy thereof to be placed in a sealed envelope addressed to the office(s) of the parties indicated herein below fully prepaid to be placed in Overnite Express / Federal Express delivery service box at 401 West "A" Street, San Diego, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for Overnite Express / Federal Express service. It is deposited with Overnite Express / Federal Express on that same day in the ordinary course of business.

____ **PERSONAL SERVICE** by causing a true and correct copy of the aforementioned document(s) to be delivered to the parties on the attached service list this date by Diversified Legal Services, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 19, 2008, in San Diego, California.

Virginia D. Norling