**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>WAGNER CONSTRUCTION, J.V.,<br>Defendant. | Case No.: 07CR3443<br>**ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING** |

Currently scheduled on this Court's calendar for February 26, 2008 is the Sentencing Hearing for Defendant Wagner Construction, J.V. On February 19, 2008, the parties submitted a joint motion to continue the Sentencing Hearing. Good cause having been shown, the Sentencing Hearing will be continued to March 25, 2008 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: February 25, 2008

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge