AO 245E (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

FILED
MAR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
WAGNER CONSTRUCTION, JV

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 07CR3443-CAB

CHARLES LaBELLA
Defendant Organization's Attorney

☐

THE DEFENDANT ORGANIZATION:
☒ pleaded guilty to count(s) ONE (1) OF THE ONE COUNT INFORMATION (MISDEMEANOR)
☐ was found guilty on count(s) ____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 33 USC 1311, 1342 and 1319(c)(1)(A); 18 USC 2 | UNLAWFUL DISCHARGE OF POLLUTANTS; AIDING AND ABETTING | 1 |

The defendant organization is sentenced as provided in pages 2 through 3 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) ____

☐ Count(s) ____ ☐ is ☐ are dismissed on the motion of the United States.

☒ Assessment : $ 125.00

☒ Appeal waived

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

MARCH 25, 2008
Date of Imposition of Sentence

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

Entered Date:

07CR3443-IEG

DEFENDANT ORGANIZATION: WAGNER CONSTRUCTION, JV
CASE NUMBER: 07CR3443-IEG

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:

Unsupervised probation for two (2) years, to be terminated as soon as the terms of probation are completed.

## MANDATORY CONDITION

☒ The defendant organization shall not commit another federal, state or local crime.

☒ If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

(see following page)

☒ The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Continued 1 — Probation



DEFENDANT ORGANIZATION: WAGNER CONSTRUCTION, JV
CASE NUMBER: 07CR3443-IEG

## SPECIAL CONDITIONS OF SUPERVISION

- The defendant is ordered to pay a fine in the amount of $20,000.00
- Payment of $7,503.00 shall be made to the San Diego County Department of Environment Health Services, Hazardous Materials Management Division for Costs incurred in response to the spill.